IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JORGE ARELLANO-VALDEZ, :
       Petitioner :
     v. : Civil Action No. 04-203J
TRACY JOHNS, WARDEN, :
F.C.I. LORETTO, :
       Respondent :

## MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for a Report and Recommendation in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on June 21, 2006, docket no. 3, recommending that the petition be dismissed forthwith for plaintiff's failure to prosecute, and as moot.

Due to the lack of a current address for the plaintiff, he has not been notified that, pursuant to 28 U.S.C.§ 636(b)(1), he has ten days to file written objections to the Report and Recommendation. After _de novo_ review of the record of this matter and the recommendation of the Magistrate Judge, however, the following order is entered:

AND NOW, this 30th day of June, 2006, it is

ORDERED that the petition is dismissed with prejudice for failure to prosecute. If petitioner contacts the Clerk, the Clerk shall provide petitioner with a copy of this order. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE